■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR RODRIGUEZ, Appellant. [712 NYS2d 888] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 23, 1996 (*People v Rodriguez,* 231 AD2d 650), affirming a judgment of the Supreme Court, Queens County, rendered July 12, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Thompson, Altman and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERMAN VELLON, Appellant. [716 NYS2d 350] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Cooperman, J.), rendered March 3, 1999, convicting him of sodomy in the second degree, incest (two counts), rape in the third degree, sexual abuse in the second degree (three counts), endangering the welfare of a child, and sexual abuse in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contentions are either unpreserved for appellate review or without merit. Mangano, P. J., O'Brien, Sullivan and H. Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY WILDER, Appellant. [712 NYS2d 890] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 10, 1998 (*People v Wilder,* 253 AD2d 472), affirming a judgment of the Supreme Court, Queens County, rendered October 25, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). O'Brien, J. P., Santucci, Krausman and Goldstein, JJ., concur.